CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
For Roanoke
MAY 29 2007
JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DEBORAH BARR-HAIRSTON, | ) | Case No. 7:06CV00589 |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Jackson L. Kiser |
| UNITED STATES OF AMERICA, | ) | Senior United States District Judge |
| Respondent. | ) | |

Before me now is the Respondent's Response and Motion to Dismiss the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. # 2255. In accordance with the accompanying Memorandum Opinion, I hereby **GRANT** the Respondent's motion to dismiss.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

Entered this 29th day of May, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge